OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711



OFF

**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 OCT 15 2015

10/14/2015

HUCKEL, JESSIE ALAN    Tr. Ct. No. W10-33709-L (B)         WR-78,518-04

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

*Paroled pt3*

JESSIE ALAN HUCKEL
~~TDC~~ # 1760219